AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

ARTURO TORRES OCHOA,

      Plaintiff,          JUDGMENT IN A CIVIL CASE
V.

                        CASE NUMBER:   3:14-cv-00475-MMD-WGC

RENEE BAKER, et al.,

      Defendant(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice based on Plaintiff's failure to pay the $400 filing fee in compliance with this Court's September 16, 2014 order.

     October 31, 2014                                    **LANCE S. WILSON**
                                                                                    Clerk

                                                                                    /s/ K. Rusin
                                                                                     Deputy Clerk